| STATE OF ILLINOIS | ) |
|---|---|
| | ) SS |
| COUNTY OF COOK | ) |

FILED-4

07 DEC 28 PM 1:08

CIRCUIT COURT OF COOK
LAW DIVISION

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| LARRY J. COLLIER, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 L 012816 |
| | ) | |
| WAL-MART STORES, INC., | ) | JURY DEMAND |
| WAL-MART REAL ESTATE | ) | |
| BUSINESS TRUST, WAL-MART | ) | |
| ASSOCIATES, INC., WAL-MART.COM | ) | |
| USA, LLC, WAL-MART REALTY | ) | |
| COMPANY, WAL-MART STORES | ) | |
| EAST, INC., WAL-MART TRANS- | ) | |
| PORTATION, LLC, | ) | |
| | ) | |
| Defendants, | ) | |

## PLAINTIFF'S RESPONSE TO REQUEST TO ADMIT FACTS

NOW COMES the Plaintiff, LARRY J. COLLIER, by and through his attorneys, BRIDGET A. MITCHELL and THOMAS J. TYRRELL, and in response to Defendants' Request to Admit Facts states as follows:

Request to Admit No. 1. That the damages actually sought by the Plaintiff do not exceed $75,000.00.

**RESPONSE:** The Plaintiff denies the allegations contained in Defendants' Request to Admit No. 1.

*Larry J. Collier*
Larry J. Collier

EXHIBIT B

## VERIFICATION BY CERTIFICATION

    Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid, that I verily believe the same to be true.

*Larry J. Collier*
LARRY J. COLLIER

Dated: Dec. 21, 2007

Bridget A. Mitchell
Attorney at Law
One North LaSalle Street, Suite 1325
Chicago, Illinois 60602
312-214-4040
Attorney No. 71063
and

Thomas J. Tyrrell
1020 South Arlington Heights Road
Arlington Heights, Illinois 60005
847-358-9400
Attorney No. 24525