## CERTIFICATE OF INTEREST

Cause No: 07 L 12816

Larry J. Collier v. Wal-Mart Stores, Inc., Wal-Mart Real Estate Business Trust, Wal-Mart Associates, Inc., Wal-Mart.Com USA, LLC, Wal-Mart Realty Company, Wal-Mart Stores East, Inc., and Wal-Mart Transportation, LLC.

To enable the judges to determine whether refusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a certificate of interest stating the following information in compliance with Circuit Rule 26.1:

(1)    The full name of every party or amicus the attorney represents in the case:

Wal-Mart Stores, Inc.

Wal-Mart Real Estate Business Trust

**JUDGE COAR**
**MAGISTRATE JUDGE COLE**

Wal-Mart Associates, Inc.,

Wal-Mart.Com USA, LLC

Wal-Mart Realty Company

Wal-Mart Stores East, Inc.

Wal-Mart Transportation, LLC

(2)    If such party or amicus is a corporation:

    i)    Its parent corporation, if any; and

        None

    ii)    A list of stockholders which are publicly held companies owning 10% or more of the stock in the party or amicus:

        None

(3)    The names of all law firms whose partners or associates have appeared for the party in the case or are expected to appear for the party in this court:

Momkus McCluskey, LLC

**CEM**

      This certificate shall be filed with the appearance form or upon the filing of a motion in this court, whichever occurs first.  The attorney furnishing the certificate must file an amended certificate to reflect any material changes in the required information.  The text of the certificate (i.e., caption omitted) shall also be included in front of the table of contents of the party's main brief.

Attorney's Signature:  /s/ Pamela L. Pierro

Attorney's Printed Name:  Pamela L. Pierro

                Date:   1/10/08

## APPEARANCE FORM INSTRUCTIONS

1. The enclosed appearance form shall serve as notice of docketing to counsel and parties. Notice of the docketing of this appeal is also being given to the district court clerk and the court reporter, so that they may note the appellate docket number and the date of docketing in this court.

2. This appearance form must be filed with the Clerk of the Court of Appeals within 10 days of docketing the appeal. (See Circuit Rule 3(d).) It must be accompanied by a "Certificate of Interest" (see reverse) pursuant to Circuit Rule 26.1. An attorney's appearance shall be in his or her individual name, but shall also show the name of any law firm or public or quasi-public legal office with which the attorney is associated. (See Circuit Rules 3(d) & 26.1). Regardless of the number of attorneys filing an appearance, each individual firm shall receive only one copy of all mailings from this court.

3. The lead attorney for all parties represented by counsel in this court must be admitted to practice within thirty days of docketing. Also, any attorney who will present oral argument must be admitted to practice herein. (See Circuit Rule 46(a).)

## RECORD INFORMATION
(In District Court Appeals)

1. The record on appeal may not be withdrawn, by the attorney or an agent, until the appearance form has been filed with the clerk. Even then, exhibits may not be withdrawn except by order of this court. Briefs will not be filed unless all of the record documents previously withdrawn have been returned. (See Circuit Rule 11(d).)

2. The record, with or without the court reporter's transcript, is to be prepared by the district court clerk within 14 days after the filing of the notice of appeal unless otherwise ordered by this court. Appellate records from the Eastern Division of the Northern District of Illinois are to be transmitted to this court when prepared. Prepared appellate records from all other district courts will be temporarily retained until the district court is notified or ordered to transmit the record. (See Circuit Rule 11(a).) Pursuant to FRAP 31(a) and Circuit Rule 31(a) the appellant's brief is due to be filed 40 days after the docketing of the appeal, regardless of the completeness of the record at the time of docketing, unless the court by order sets some other schedule. And, pursuant to Circuit Rule 30, the appellant's appendix must also be filed at that time.

W:\60_99\74.070594\Removal of Documents\Certificate_of_Interest- Collier.doc