CEM
Case 1:08-cv-00227   Document 6   Filed 01/10/2008   Page 1 of 2

FILED
JANUARY 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO

**08 C 227**

| | |
|---|---|
| LARRY J. COLLIER,            ) | |
|                              ) | |
|       Plaintiff,             ) | |
|                              ) | |
| Vs.                          ) | Case No.: |
|                              ) | |
| WAL-MART STORES, INC.,       ) | |
| WAL-MART REAL ESTATE BUSINESS ) | |
| TRUST, WAL-MAT ASSOCIATES, INC., ) | |
| WAL-MART.COM USA, LLC,       ) | |
| WAL-MART REALTY COMPANY,     ) | |
| WAL-MART STORES EAST, INC.   ) | |
| WAL-MART TRANSPORTATION, LLC ) | |
|                              ) | |
|       Defendants.            ) | |

**JUDGE COAR**
**MAGISTRATE JUDGE COLE**

**PROOF OF SERVICE**

    PAMELA L. PIERRO, being first duly sworn on oath, deposes and states that she mailed a true and correct copy of the Notice of Removal, Appearance, Certificate of Interest, and Civil Cover Sheet to the following party:

Bridget A. Mitchell
One N. LaSalle St. #1325
Chicago, IL 60602

Thomas J. Tyrrell
1020 South Arlington Heights Rd.
Arlington Heights, IL 60005

by placing same in the U.S. Mail located in Chicago, IL 60602 on January 10, 2008.

                    MOMKUS McCLUSKEY, LLC


                    By:   /s/ Pamela L. Pierro

MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL  60602
(312) 345-1955
Attorneys for Defendants
Attorney No.:  6283757
W:\60_99\74.070594\Removal of Documents\ProofOfService-Collier.doc