**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO**

| | | |
|---|---|---|
| LARRY J. COLLIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No.:    08 C 227 |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| WAL-MART REAL ESTATE BUSINESS | ) | |
| TRUST, WAL-MAT ASSOCIATES, INC., | ) | |
| WAL-MART.COM USA, LLC, | ) | |
| WAL-MART REALTY COMPANY, | ) | |
| WAL-MART STORES EAST, INC. | ) | |
| WAL-MART TRANSPORTATION, LLC | ) | |
| | ) | |
| Defendants. | ) | |

## **PROOF OF SERVICE**

PAMELA L. PIERRO, being first duly sworn on oath, deposes and states that she mailed a true and correct copy of the Answer to Plaintiff's Complaint, to the following party:

Bridget A. Mitchell
One N. LaSalle St. #1325
Chicago, IL 60602

Thomas J. Tyrrell
1020 South Arlington Heights Rd.
Arlington Heights, IL 60005

by placing same in the U.S. Mail located in Downers Grove, IL 60515 on January 24, 2008.

MOMKUS McCLUSKEY, LLC


By:     /s/ Pamela L. Pierro

MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL  60602
(312) 345-1955
Attorneys for Defendants
Attorney No.:  6283757

W:\60_99\74.070594\Removal of Documents\ProofOfService-ReqtoAdmit-AnstoComp.doc