**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION AT CHICAGO**

| | | |
|---|---|---|
| LARRY J. COLLIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No.:   08 C 227 |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| WAL-MART REAL ESTATE BUSINESS | ) | |
| TRUST, WAL-MAT ASSOCIATES, INC., | ) | |
| WAL-MART.COM USA, LLC, | ) | |
| WAL-MART REALTY COMPANY, | ) | |
| WAL-MART STORES EAST, INC. | ) | |
| WAL-MART TRANSPORTATION, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Bridget A. Mitchell
      One N. LaSalle St. #1325
      Chicago, IL 60602

      Thomas J. Tyrrell
      1020 South Arlington Heights Rd.
      Arlington Heights, IL 60005

   **PLEASE TAKE NOTICE** that on the **24th** day of **January, 2008**, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division of Chicago, *Defendants Answer to Plaintiff's Complaint* and this *Notice of Filing,* copies of which are enclosed herein.

                                        MOMKUS McCLUSKEY M LLC.

                                        By:      /s/ Pamela L. Pierro
                                              Pamela L. Pierro

MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL  60602
(312) 345-1955
Attorneys for Defendants
Attorney No.:  6283757

**CERTIFICATE OF SERVICE**

      Under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, Kathy Falco, a non-attorney, certifies that she has caused ***Defendants Answer to Plaintiff's Complaint*** and this ***Notice of Filing*** to be electronically served upon the above listed parties on **January 24, 2008**.

                                                             /s/ Kathy Falco
                                                               Kathy Falco

MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL  60602
(312) 345-1955
Attorneys for Defendants
Attorney No.:  6283757