IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO

| | |
|---|---|
| LARRY J. COLLIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | )   Case No.:   08 C 227 |
| | ) |
| WAL-MART STORES, INC., | ) |
| WAL-MART REAL ESTATE BUSINESS | ) |
| TRUST, WAL-MAT ASSOCIATES, INC., | ) |
| WAL-MART.COM USA, LLC, | ) |
| WAL-MART REALTY COMPANY, | ) |
| WAL-MART STORES EAST, INC. | ) |
| WAL-MART TRANSPORTATION, LLC | ) |
| | ) |
| Defendants. | ) |

## JURY DEMAND

Defendants WAL-MART STORES, INC., WAL-MART REAL ESTATE BUSINESS TRUST, WAL-MART ASSOCIATES, INC., WAL-MART.COM USA,LLC, WAL-MART REALTY COMPANY, WAL-MART STORES EAST, INC., and WAL-MART TRANSPORTATION, LLC, by their attorneys, MOMKUS McCLUSKEY, LLC, demand that this cause be tried by a jury.

            WAL-MART STORES, INC., WAL-MART REAL
            ESTATE BUSINESS TRUST, WAL-MART
            ASSOCIATES, INC., WAL-MART.COM
            USA,LLC, WAL-MART REALTY COMPANY,
            WAL-MART STORES EAST, INC., and WAL-
            MART TRANSPORTATION, LLC


            By:   s/ Pamela L. Pierro
                    Pamela L. Pierro

MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL  60602
(312) 345-1955
Attorneys for Defendants
Attorney No.:  6283757