**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION AT CHICAGO**

| | | |
|---|---|---|
| LARRY J. COLLIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No.:      08 C 227 |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| WAL-MART REAL ESTATE BUSINESS | ) | |
| TRUST, WAL-MAT ASSOCIATES, INC., | ) | |
| WAL-MART.COM USA, LLC, | ) | |
| WAL-MART REALTY COMPANY, | ) | |
| WAL-MART STORES EAST, INC. | ) | |
| WAL-MART TRANSPORTATION, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:    Bridget A. Mitchell
One N. LaSalle  St. #1325
Chicago, IL 60602

Thomas J. Tyrrell
1020 South Arlington Heights Rd.
Arlington Heights, IL 60005

**PLEASE TAKE NOTICE** that on the **24th** day of **January, 2008**, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division of Chicago, ***Defendants Jury Demand*** and this ***Notice of Filing,*** copies of which are enclosed herein.

MOMKUS McCLUSKEY M LLC.

By:_____/s/ Pamela L. Pierro_____
Pamela L. Pierro

MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL  60602
(312) 345-1955
Attorneys for Defendants
Attorney No.:  6283757

## CERTIFICATE OF SERVICE

Under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, Kathy Falco, a non-attorney, certifies that she has caused **Defendants Jury Demand** and this **Notice of Filing** to be electronically served upon the above listed parties on **January 24, 2008**.

/s/ Kathy Falco
Kathy Falco

MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL  60602
(312) 345-1955
Attorneys for Defendants
Attorney No.:  6283757