

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO

KC FILED
FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LARRY J. COLLIER, )
    Plaintiff, )
 )
vs. ) No. 08 C 227
 )
WAL-MART STORES, INC., et. al., )
    Defendants. )
 )

## NOTICE OF FILING

To:   Ms. Pamela Pierro                         Mr. Thomas J. Tyrrell
      Momkus McCluskey McAndrew & Monroe, LLC    1020 S. Arlington Heights Rd
      30 N. LaSalle St., Suite 2850                Arlington Heights, IL 60005
      Chicago, IL 60602

PLEASE TAKE NOTICE that on February 20, 2008, we have filed with the Clerk of the Federal District Court, **Plaintiff's Response to Request to Admit Facts.**

By: _____
Bridget A. Mitchell

Bridget Mitchell
Attorney at Law
One North LaSalle St., Suite 1325
Chicago, IL 60602
312-214-4040
Atty. No. 71063


Mr. Thomas J. Tyrrell
1020 S. Arlington Heights Road
Arlington Heights, IL 60005
847-358-9400
Firm No. 24525

## PROOF OF SERVICE

I, Bridget A. Mitchell, an attorney, on oath state I served the foregoing documents upon the attorneys of record by mailing a copy to them at their respective addresses and depositing same in the U.S. Mail at One North LaSalle Street, Chicago, Illinois at 5:00 p.m. on February 21, 2008, with proper postage prepaid.

[x] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

_____
Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO

| | |
|---|---|
| LARRY J. COLLIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  08 C 227 |
| | ) |
| WAL-MART STORES, INC., | ) |
| WAL-MART REAL ESTATE | ) |
| BUSINESS TRUST, WAL-MART | ) |
| ASSOCIATES, INC., WAL-MART.COM | ) |
| USA, LLC, WAL-MART REALTY | ) |
| COMPANY, WAL-MART STORES | ) |
| EAST, INC., WAL-MART TRANS- | ) |
| PORTATION, LLC, | ) |
| | ) |
| Defendants, | ) |

**PLAINTIFF'S RESPONSE TO REQUEST TO ADMIT FACTS**

NOW COMES the Plaintiff, LARRY J. COLLIER, by and through his attorneys, BRIDGET A. MITCHELL and THOMAS J. TYRRELL, and in response to Defendants' Request to Admit Facts states as follows:

Request to Admit No. 1.  That the damages actually sought by the Plaintiff do not exceed $75,000.00.

**RESPONSE:** The Plaintiff denies the allegations contained in Defendants' Request to Admit No. 1.

*Larry J. Collier* (signature)
Larry J. Collier

## VERIFICATION BY CERTIFICATION

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, 735 ILCS 5/1-109, the undersigned certifies that the statements set forth in this instrument are true and correct, except as matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid, that I verily believe the same to be true.

_____
LARRY J. COLLIER

Dated:_____

Bridget A. Mitchell
Attorney at Law
One North LaSalle Street, Suite 1325
Chicago, Illinois 60602
312-214-4040
Attorney No. 71063
and

Thomas J. Tyrrell
1020 South Arlington Heights Road
Arlington Heights, Illinois 60005
847-358-9400
Attorney No. 24525

2