UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Larry J Collier
                            Plaintiff,

v.                                           Case No.: 1:08−cv−00227
                                                      Honorable David H. Coar

Wal−Mart Stores, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2008:

      MINUTE entry before Judge Honorable David H. Coar:The order dated 3/25/2008 [#12] is corrected to reflect the the Report and Proposed Scheduling order shall be e−filed "not less than five (5) days prior to the scheduling conference" The date of 4/4/2008 for the filing of said documents is stricken. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.