**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION AT CHICAGO**

| | | |
|---|---|---|
| LARRY J. COLLIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | Case No.:    08 C 227 |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| WAL-MART REAL ESTATE BUSINESS | ) | |
| TRUST, WAL-MAT ASSOCIATES, INC., | ) | |
| WAL-MART.COM USA, LLC, | ) | |
| WAL-MART REALTY COMPANY, | ) | |
| WAL-MART STORES EAST, INC. | ) | |
| WAL-MART TRANSPORTATION, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008, I electronically filed a Certificate of Service, regarding the March 31, 2008 mailing of Defendant's Initial Rule 26(a)(1) Disclosures to Plaintiff's counsel, with the Clerk of Court using the CM/ECF system and that a copy has been served electronically upon:

Pamela L. Pierro    ppierro@momlaw.com

E Angelo Spyratos    aspyratos@momlaw.com, kfalco@momlaw.com

Bridget A. Mitchell                         Thomas J. Tyrrell
One N. LaSalle  St. #1325                1020 South Arlington Heights Rd.
Chicago, IL 60602                          Arlington Heights, IL 60005

MOMKUS McCLUSKEY, LLC.


By:_____/s/ Pamela L. Pierro_____
                Pamela L. Pierro


MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL  60602
(312) 345-1955
Attorneys for Defendants
Attorney No.: 6283757