**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO**

| | |
|---|---|
| LARRY J. COLLIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case No.:   08 C 227 |
| ) | |
| WAL-MART STORES, INC., ) | |
| WAL-MART REAL ESTATE BUSINESS ) | |
| TRUST, WAL-MAT ASSOCIATES, INC., ) | |
| WAL-MART.COM USA, LLC, ) | |
| WAL-MART REALTY COMPANY, ) | |
| WAL-MART STORES EAST, INC. ) | |
| WAL-MART TRANSPORTATION, LLC ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2008, I electronically filed a Certificate of Service, regarding the April 24, 2008, mailing of the Rule 26(f) Discovery Plan to Plaintiff's counsel, with the Clerk of Court using the CM/ECF system and that a copy has been served electronically upon:

Pamela L. Pierro     ppierro@momlaw.com

E Angelo Spyratos     aspyratos@momlaw.com, kfalco@momlaw.com

| | |
|---|---|
| Bridget A. Mitchell | Thomas J. Tyrrell |
| One N. LaSalle St. #1325 | 1020 South Arlington Heights Rd. |
| Chicago, IL 60602 | Arlington Heights, IL 60005 |

MOMKUS McCLUSKEY, LLC.

By:   /s/ Pamela L. Pierro
Pamela L. Pierro

MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL  60602
(312) 345-1955
Attorneys for Defendants
Attorney No.:  6283757