# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Larry J Collier

                    Plaintiff,

v.                                        Case No.: 1:08–cv–00227
                                                                 Honorable David H. Coar

Wal–Mart Stores, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable David H. Coar: This matter came before the Court for a Rule 16(b)Scheduling conference on 4/24/2008, but the conference did not proceed. Report of Parties Planning Conference pursuant to Rule 26(f) and the Proposed Scheduling Order pursuant to Rule 16(b) to be e–filed (both documents to be e–filed on the docket) – by Monday 4/28/2008. Scheduling Conference continued to 4/29/2008 at 09:00 AM.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.