**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO**

| | |
|---|---|
| LARRY J. COLLIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | )   Case No.:   08 C 227 |
| | ) |
| WAL-MART STORES, INC., | ) |
| WAL-MART REAL ESTATE BUSINESS | ) |
| TRUST, WAL-MAT ASSOCIATES, INC., | ) |
| WAL-MART.COM USA, LLC, | ) |
| WAL-MART REALTY COMPANY, | ) |
| WAL-MART STORES EAST, INC. | ) |
| WAL-MART TRANSPORTATION, LLC | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2008, I electronically filed a Certificate of Service, regarding the April 28, 2008, mailing of the Rule 16(b) Planning Conference Report to Plaintiff's counsel, with the Clerk of Court using the CM/ECF system and that a copy has been served electronically upon:

Pamela L. Pierro    ppierro@momlaw.com

E Angelo Spyratos    aspyratos@momlaw.com, kfalco@momlaw.com

Bridget A. Mitchell                 Thomas J. Tyrrell
One N. LaSalle St. #1325            1020 South Arlington Heights Rd.
Chicago, IL 60602                   Arlington Heights, IL 60005

                                    MOMKUS McCLUSKEY, LLC.


                                    By:      /s/ Pamela L. Pierro
                                             Pamela L. Pierro

MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL  60602
(312) 345-1955
Attorneys for Defendants
Attorney No.: 6283757