UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Larry J Collier

                            Plaintiff,

v.                                                     Case No.: 1:08–cv–00227
                                                     Honorable David H. Coar

Wal–Mart Stores, Inc., et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 5, 2008:

      MINUTE entry before Judge Honorable Jeffrey Cole:Status hearing set for Thursday, May 8, 2008 at 8:30 a.m. is stricken. Transfer of case to the Executive Committee for reassignment to another Magistrate Judge pursuant to IOP 14(B) is to follow. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.