# United States District Court
# Northern District of Illinois

*M.J. ASHMAN*

In the Matter of

Larry J. Collier

v.

Wal-Mart Stores, Inc., et al.

Case No. 08 C 227

Assigned Judge
Jeffrey Cole

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR REASSIGNMENT TO ANOTHER MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to another magistrate judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
Magistrate Judge Jeffrey Cole

Dated: May 5, 2008

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual magistrate judge of this Court in accordance with the Rules.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: MAY - 5 2008

Recusal/Reassignment - Magistrate Judge (Rev. 9/99)

☐     IOP 14        I recuse myself from this case which was assigned to my calendar pursuant to Local Criminal Rule 5.1 or 50.3(B) for the reasons specifically set forth below:

☑     IOP 14(B)       I recuse myself from this case for the reasons more specifically set forth below:

I own stock in Wal-Mart.

---

☐                  Two or more recusals have been entered in this case. The initial recusal was by Magistrate Judge _____ .

☐ IOP 13(F)2(a)       I recuse myself from this case because a relative works for a law firm which represents one of the parties to this case.

☐ IOP 13(F)2(b)       I recuse myself from this case because one of the parties is represented by a law firm which I was associated with during the past five years.

☐                  The reason for the recusal having been made under Internal Operating Procedure 13, it is requested that in lieu of a replacement case this matter be made part of the equalization of cases provided for under Internal Operating Procedure 11(B).