# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Larry J Collier

                                        Plaintiff,

v.                                                 Case No.: 1:08−cv−00227
                                                    Honorable Martin C. Ashman

Wal−Mart Stores, Inc., et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2008:

      MINUTE entry before the Honorable Martin C. Ashman: Status hearing held on 6/6/2008; and continued to 9/17/2008 at 10:00 AM. All fact discovery ordered closed by 10/15/2008. Plaintiffs' oral motion to file an amended complaint is granted. Plaintiffs' to file an amended complaint by 6/27/2008. Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.