IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 2 3 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| | |
|---|---|
| LARRY J. COLLIER, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) ) Case No. 08 C 227 |
| WAL-MART STORE, INC., et. al. | ) Honorable Martin C. Ashman |
| Defendants | ) ) |

## NOTICE OF MOTION

To: Ms. Pamela L. Pierro
Monkus McCluskey (Momkus McClusky)
30 N. LaSalle Street, Suite 2850
Chicago, Illinois 60602

PLEASE TAKE NOTICE that on July 29, 2008, at 10:30 a.m. in front of the Honorable Martin C. Ashman in Courtroom 1386 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, Plaintiff Larry J. Collier will file a motion to enter a voluntary dismissal as to certain defendants and file an amended complaint.

By _____
Bridget A. Mitchell

### PROOF OF SERVICE

I, Bridget A. Mitchell, an attorney, on oath state I served the foregoing documents upon the attorneys of record by mailing a copy to them at their respective addresses and depositing same in the U.S. Mail at One North LaSalle Street, Chicago, Illinois, 60602, at 5:00 p.m. on July 23, 2008 with proper postage prepaid.

[x] _____
Under penalties as provided by law pursuant to Section 5/1-109 of the Illinois Code of Civil Procedure (750 ILCS 5/1-109), I certify that the statements set forth therein are true and correct.

Bridget Mitchell
Attorney at Law
One North LaSalle St., Suite 1325
Chicago, IL 60602
312-214-4040
Atty. No. 71063

Thomas J. Tyrrell
Attorney at Law
1020 S. Arlington Heights Road
Arlington Heights, Illinois 60005
847-358-9400