IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO

MHW

FILED
7-30-2008
JUL 30 2008

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

LARRY J. COLLIER, )
)
Plaintiff, )
)
vs. )
)
) Case No. 08 C 227
WAL-MART STORE, INC., WAL-MART )
REAL ESTATE BUSIENSS TRUST, WAL-MART )
ASSOCIATES, INC., WAL-MART.COM USA, )
LLC, WAL-MART REALTY COMPANY, )
WAL-MART STORES EAST, INC. )
WAL-MART TRANSPORTATION, LLC. )

### NOTICE OF FILING

To:   Ms. Pamela L. Pierro                Mr. Thomas J. Tyrrel
      Mankus McCluskey                    Attorney at Law
      30 N. LaSalle Street, Suite 2850    1020 S. Arlington Heights, Road
      Chicago, Illinois 60602             Arlington Heights, Illinois 60005

PLEASE TAKE NOTICE that on July 30, 2008, Plaintiff Larry J. Collier, filed his First Amended Complaint at Law with the court.

By _____
Bridget A. Mitchell

### PROOF OF SERVICE

I, Bridget A. Mitchell, an attorney, on oath state I served the foregoing documents upon the attorneys of record by mailing a copy to them at their respective addresses and depositing same in the U.S. Mail at One North LaSalle Street, Chicago, Illinois, 60602, at 5:00 p.m. on July 30, 2008 with proper postage prepaid.

[x] _____
Under penalties as provided by law pursuant to Section 5/1-109 of the Illinois Code of Civil Procedure (750 ILCS 5/1-109), I certify that the statements set forth therein are true and correct.

Bridget Mitchell                     Thomas J. Tyrrell
Attorney at Law                      Attorney at Law
One North LaSalle St., Suite 1325    1020 S. Arlington Heights Road
Chicago, IL 60602                    Arlington Heights, Illinois 60005
312-214-4040                         847-358-9400
Atty. No. 71063