**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO**

| | |
|---|---|
| LARRY J. COLLIER, )<br>)<br>    Plaintiff, )<br>)<br>Vs. )<br>)<br>WAL-MART STORES, INC., )<br>WAL-MART REAL ESTATE BUSINESS )<br>TRUST, WAL-MAT ASSOCIATES, INC., )<br>WAL-MART.COM USA, LLC, )<br>WAL-MART REALTY COMPANY, )<br>WAL-MART STORES EAST, INC. )<br>WAL-MART TRANSPORTATION, LLC )<br>)<br>    Defendants. ) | Case No.:   08 C 227 |

**NOTICE OF FILING**

TO:   Bridget A. Mitchell
        One N. LaSalle St. #1325
        Chicago, IL 60602

        Thomas J. Tyrrell
        1020 South Arlington Heights Rd.
        Arlington Heights, IL 60005

    **PLEASE TAKE NOTICE** that on the 5th day of **August, 2008**, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division of Chicago, *Defendants Answer to Plaintiff's Amended Complaint* and this *Notice of Filing,* copies of which are enclosed herein.

                                       MOMKUS McCLUSKEY M LLC.

                                       By:   /s/ Pamela L. Pierro
                                                 Pamela L. Pierro

MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL 60602
(312) 345-1955
Attorneys for Defendants
Attorney No.: 6283757

**CERTIFICATE OF SERVICE**

  Under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, Kathy Falco, a non-attorney, certifies that she has caused ***Defendants Answer to Plaintiff's Amended Complaint*** and this ***Notice of Filing*** to be electronically served upon the above listed parties on **August 5, 2008**.

                    /s/ Kathy Falco
                    Kathy Falco


MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL  60602
(312) 345-1955
Attorneys for Defendants
Attorney No.:  6283757