## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION AT CHICAGO

| | |
|---|---|
| LARRY J. COLLIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| Vs. | ) Case No.: 08 C 227 |
| | ) |
| WAL-MART STORES, INC., | ) |
| WAL-MART REAL ESTATE BUSINESS | ) |
| TRUST, WAL-MAT ASSOCIATES, INC., | ) |
| WAL-MART.COM USA, LLC, | ) |
| WAL-MART REALTY COMPANY, | ) |
| WAL-MART STORES EAST, INC. | ) |
| WAL-MART TRANSPORTATION, LLC | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF FILING

TO: Bridget A. Mitchell
One N. LaSalle St. #1325
Chicago, IL 60602

Thomas J. Tyrrell
1020 South Arlington Heights Rd.
Arlington Heights, IL 60005

**PLEASE TAKE NOTICE** that on the 5th day of **August, 2008**, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division of Chicago, *Affirmative Defense to Plaintiff's First Amended Complaint* and this *Notice of Filing,* copies of which are enclosed herein.

MOMKUS McCLUSKEY M LLC.

By: /s/ Pamela L. Pierro
Pamela L. Pierro

MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL 60602
(312) 345-1955
Attorneys for Defendants
Attorney No.: 6283757

**CERTIFICATE OF SERVICE**

      Under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, Kathy Falco, a non-attorney, certifies that she has caused ***Affirmative Defense to Plaintiff's First Amended Complaint*** and this ***Notice of Filing*** to be electronically served upon the above listed parties on **August 5, 2008**.

                                                                 /s/ Kathy Falco
                                                                  Kathy Falco

MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL  60602
(312) 345-1955
Attorneys for Defendants
Attorney No.:  6283757