**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO**

| | |
|---|---|
| LARRY J. COLLIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case No.:   08 C 227 |
| ) | |
| WAL-MART STORES, INC. and ) | |
| WAL-MART REAL ESTATE BUSINESS ) | |
| TRUST, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

TO: Bridget A. Mitchell
One N. LaSalle St. #1325
Chicago, IL 60602

Thomas J. Tyrrell
1020 South Arlington Heights Rd.
Arlington Heights, IL 60005

PLEASE TAKE NOTICE THAT on September 17, 2008 at 10:00 a.m., we shall appear before the Honorable Martin C. Ashman, Room 1386 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604, and then and there shall present **DEFENDANT'S MOTION TO COMPEL DISCOVERY,** a copy of which is contemporaneously hereby served on you.

                        MOMKUS McCLUSKEY M LLC.

                        By: /s/ Pamela L. Pierro
                            Pamela L. Pierro

MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL 60602
(312) 345-1955
Attorneys for Defendants
Attorney No.: 6283757

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **DEFENDANT'S MOTION TO COMPEL DISCOVERY** was served upon the following parties by use of the ECF system of the United States District Court for the Northern District of Illinois in accordance with Local Rule 5.5 on this 9th day of September 2008:

/s/ Pamela L. Pierro
Pamela L. Pierro

MOMKUS McCLUSKEY, LLC
30 N. La Salle St., Suite 2850
Chicago, IL 60602
(312) 345-1955
Attorneys for Defendants
Attorney No.: 6283757